ARROW IRON WORKS, INC., v. HARRY B. GREENE, Trading, etc., and Others, BANK OF YORKTOWN and NATIONAL SURETY COMPANY.— Motion for reargument or for leave to appeal denied. with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon the filing by the defendant Bank of Yorktown of the undertakings required

by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.